# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00671-CV

**Rebecca Harris, Holly Harris-Bayer, and
Red River Motorcycle Trails, Inc. Recreation Park, Appellants**

**v.**

**Texas Commission on Environmental Quality and EOG Resources, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-14-001348, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Rebecca Harris, Holly Harris-Bayer, and Red River Motorcycle Trails, Inc. Recreation Park have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal.[1]

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed on Appellants' Motion

Filed:  January 22, 2016

---

[1] *See* Tex. R. App. P. 42.1(a)(1).